550

371 A.2d 220
Commonwealth v. Anderson, Appellant.

Submitted June 13, 1975. Calvin S. Drayer, Jr., Assistant Public Defender, for appellant; Stewart J. Greenleaf, Assistant District Attorney, and Milton O. Moss, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

364 A.2d 938
Commonwealth v. Baker, Appellant.

Submitted November 17, 1975. John J. Dean, Chief, Appellate Division, and Ralph J. Cappy, Public Defender, for appellant; Robert L. Campbell, Assistant District Attorney, and John J. Hickton, District Attorney, for Commonwealth, appellee.

Order affirmed.